

**NUMBER 13-11-00069-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**RAMON DONATO GARCIA,** **Appellant,**

**v.**

**PRISCILLA ZAVALA,** **Appellee.**

---

**On appeal from the 444th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Ramon Donato Garcia, filed an appeal from a judgment rendered against him in favor of appellee, Priscilla Zavala. On May 25, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on March 15, 2011, and that the deputy district clerk, Freddy Cardoza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk

of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b), (c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On May 5, 2011, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b), (c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
28th day of July, 2011.

2